**FILED**

07/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0307

_____

IN RE THE MARRIAGE OF:

JOSHUA ARNOLD BACON,

      Petitioner and Appellant,

  and

EMILY ANN BACON,

      Respondent and Appellee.

O R D E R

_____

Upon consideration of Appellant's motion for extension of time to file the transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Troy Kelley is granted an extension of time to and including August 25, 2022, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the District Court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 28 2022